UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MURAT ARABIEV,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center,

Respondent.

Case No.:  26-cv-847-RSH-VET

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On February 9, 2026, petitioner Murat Arabiev filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner states that he was arrested on December 30, 2024, and has been in immigration detention since then without receiving a bond hearing. *Id.* at 4, 6. He requests immediate release or a bond hearing. *Id.* at 7.

The Court ordered a response from Respondent and set a briefing schedule. ECF No. 2. Respondent has not timely filed a return or requested additional time to respond. In these circumstances, the Court treats the Petition as unopposed.

Accordingly, the Petition is GRANTED. Respondent shall provide a bond hearing for Petitioner Murat Arabiev ***within seven (7) days of the date of this Order***, at which the

1

government must justify Petitioner's continued detention by a showing of clear and convincing evidence that he would likely flee or pose a danger to the community if released.

**IT IS SO ORDERED**.

Dated: February 27, 2026

_____
Hon. Robert S. Huie
United States District Judge

2

26-cv-847-RSH-VET